## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## BRYSON CITY DIVISION

### CIVIL NO. 2:07CV20-02
### (2:06CR6-1)

| | |
|---|---|
| TIMOTHY O. BENNETT, ) | |
| ) | |
| Petitioner, ) | |
| ) | |
| vs. ) | **O R D E R** |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Respondent. ) | |
| ) | |

**THIS MATTER** is before the Court on Petitioner's motion for reconsideration and to alter the Court's Judgment pursuant to Fed. R. Civ. P. 59(e). The motion is denied.

First, Petitioner's motion to reconsider attempts to rehash issues the Court specifically addressed and rejected in the Memorandum and Order denying Petitioner's § 2255 motion. The Petitioner has failed to set forth any reason why such earlier determinations should be disturbed.

Second, Petitioner's brand-new, free-standing allegations -- that his attorney failed to review his presentence report and to challenge the amount of marijuana plants which were attributed to him -- constitute

Content: